**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

**UNCLAIMED FUNDS IN CHAPTER 13 CASES**

      Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:  10-51735
Debtor(s) Name:  SHANNON WADE MAULTBAY / LAURA DAWN MAULTBAY

Unclaimed Funds Check #:  11473491
Date Unclaimed Funds Check issued:  02-26-2014

**Amount remitted to Unclaimed Funds - Case # 10-51735:**  $6,036.24
Claim Number:  014-0
Court Claim Number:  09

Creditor Name and Address:

HUDSON & KEYSE, LLC ON BEHALF
HUDSON FUNDING LLC
PO BOX 1090
MENTOR, OH  44061-

      /s/ Gwendolyn M. Kerney
      GWENDOLYN M. KERNEY, #07280
      Chapter 13 Trustee
      P O Box 228
      Knoxville, TN.  37901
      (865) 524-4995